FILED

12/08/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0279

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0279

_____

DEPARTMENT OF ENVIRONMENTAL
QUALITY, and BROADWATER COUNTY
BOARD OF HEALTH,

     Plaintiffs and Appellees,

    v.

TWO BROTHERS TIRES, LLC/LLP, DARKO
SMILOVIC, AUSTIN SMILOVIC, GRANT
SMILOVIC, WINSTON REALTY, LLC,
SMILEY'S REALTY, LLC, TAGS REALTY,
LLC, and SMILEY'S STORAGE, LLC.,

     Defendants and Appellants

_____

O R D E R

On November 1, 2021, the mediator for this appeal filed a report stating that the case has settled. Nothing further has been filed.

Therefore, and pursuant to M. R. App. P. 7(7)(b),

IT IS ORDERED that this appeal is DISMISSED.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 8 2021